No. 4672.—PÉREZ, apldo., *v.* SUCN. GARCED, aplte.—▮▮▮▮ ▮▮▮▮▮ C. D. Humacao. Julio 18. Vista la moción que antecede sobre desestimación de la presente apelación: apareciendo que el apelante no ha presentado en la corte de distrito exposición del caso ni transcripción de evidencia alguna, a pesar de haber vencido la última prórroga solicitada y concedida, ni ha radicado en la secretaría de este tribunal la transcripción de los autos, no obstante haber transcurrido con exceso el término prescrito para ello, se declara con lugar la referida moción, y, en su consecuencia, se desestima la apelación.